No. 973.  GAYLES v. UNITED STATES;
No. 974.  SPURLARK v. UNITED STATES;
No. 975.  GREEN v. UNITED STATES; and
No. 1288, Misc.  DAVIS ET AL. v. UNITED STATES.
C. A. 7th Cir.  Certiorari denied.  *Charles B. Evins* for petitioner in No. 973.  *Evelyn F. Johnson* and *Glenn T. Johnson, Sr.* for petitioner in No. 974.  *George F. Callaghan* and *Julius Lucius Echeles* for petitioner in No. 975.  *George N. Leighton* for petitioners in No. 1288, Misc.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.  Reported below: 327 F. 2d 715.

No. 984.  NEWCOMB v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Russell E. Parsons* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 985.  PICKENS ET AL. v. LOUISIANA.  Supreme Court of Louisiana.  Certiorari denied.  *Michel A. Maroun* for petitioners.

No. 986.  MARSH SUPERMARKETS, INC., v. NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.  *William E. Roberts* for petitioner.  *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 988.  BEASLEY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Bernard Povich* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.